1 Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
2 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3 Tel: 323-988-2400 x241
Fax: 866-583-3695
4 rlee@consumerlawcenter.com
Attorneys for Plaintiff,
5 Peter Hronek

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| Peter Hronek, | ) | **Case No.: 4:12-cv-00698-JGZ** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| Creditors Financial Group, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Peter Hronek, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: November 14, 2012                                KROHN & MOSS, LTD.


                                                        By:/s/ Ryan Lee
                                                           Ryan Lee
                                                           Attorneys for Plaintiff
                                                           Peter Hronek

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee
Ryan Lee